In the Matter of the Application of JOSEPH LIEBERMAN for Admission to the Bar. (From the State of New Jersey.) — Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

In the Matter of the Application of PAUL SOMERS for Admission to the Bar. (From the States of Connecticut and Virginia.) Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

In the Matter of the Application of SAMSON INSELBUCH for an Inspection and Re-examination of the Voting Machines with Respect to a Recount of the Votes Cast at the General Election Held on November 6, 1934, for the Office of Assemblyman in the Sixth Assembly District, Kings County. SAMSON INSELBUCH, Appellant, v. JULIUS HELFAND; S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York and the County Board of Canvassers of the County of Kings, and JOHN N. HARMON, County Clerk of Kings County, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. The stay restraining opening of the voting machines granted herein December 18, 1934, will be continued until four P. M., December 21, 1934, to give respondent an opportunity to apply to a judge of the Court of Appeals for a stay pending appeal to that court. If such stay be not granted, the board of elections is directed to proceed on December 22 at ten A. M., pursuant to the order of this court made on December 17, 1934. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ. [See ante, p. 554.]

BUDDY HAYES, an Infant, by VIRGINIA CLARK HEBENSTREIT, His Guardian ad Litem, and Another, Respondents, v. ANNIE CEASAR, Appellant, and Another, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

In the Matter of Submission of Controversy under Section 546 of the Civil Practice Act between JOSEPH F. HAHER and WALTER C. HAMILTON, Individually and as Treasurer of the County of Rockland, Relating to Payment by Said Treasurer of Fees and Disbursements Awarded Said JOSEPH F. HAHER, as Referee, by the County Judge of Rockland County, Pursuant to Section 1379 of the Civil Practice Act for Examining the Accounts and Inventories of MATILDA CARPENTER, as Committee of the Person and Property of IDEL (or IDELL) CARPENTER, an Incompetent Person.— Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.